### UNITED STATES of America, Plaintiff–Appellee,

v.

### Troy HENRY, a.k.a Troy P, Defendant–Appellant.

#### No. 12–16567 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2013.

Peggy Morris Ronca, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before MARCUS, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Tom Dale, counsel for Troy Henry in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Henry's convictions and sentences are **AFFIRMED.**